1

2

3

4

5

6

7

8                  **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  DANIEL LAWRENCE SMITH,              No. CIV S-07-0837-WBS-CMK-P

12                  Plaintiff,

13          vs.                                    <u>ORDER</u>

14  HERNANDEZ, et al.,

15                  Defendants.

16  _____/

17          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18  to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19  Eastern District of California local rules.

20          On August 17, 2007, the magistrate judge filed findings and recommendations

21  herein which were served on the parties and which contained notice that any objections to the

22  findings and recommendations were to be filed within 20 days.  Timely objections to the

23  findings and recommendations have been filed.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

25  304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the

26  entire file, the court finds the findings and recommendations to be supported by the record and

by proper analysis.  In his objections to the magistrate judge's findings and recommendations, plaintiff argues that he seeks damages for physical and emotional pain and suffering rather than loss of his property, but the complaint does not so allege.  For the reasons stated by the magistrate judge, his claim is therefore non-cognizable under § 1983.

Accordingly, IT IS HEREBY ORDERED that:

1.     The findings and recommendations filed August 17, 2007, are adopted in full;

2.     This action is dismissed for failure to state a cognizable claim; and

3.     Plaintiff is given 30 days from the date of this order to file an amended complaint consistent with this order.

DATED:  November 2, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2