IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL LAWRENCE SMITH,         No. CIV S-07-0837-WBS-CMK-P

    Plaintiff,

  vs.                       <u>ORDER</u>

HERNANDEZ, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's first amended complaint (Doc. 15).

        Plaintiff names the following as defendants: Cochrane, Holmes, Hernandez, Gordon, Robertson, Morrison, Salvage, Sawyer, Saury, Thompson, and Figeroe. Plaintiff claims that, in January 2006, correctional officer Figeroe packed all of his legal documents and personal property into a large box to be transferred with plaintiff to another prison. He states that correctional officers Figeroe and Gordon "took full control and possession of all plaintiff's legal materials. . . ." According to plaintiff, when he arrived at the new prison, his property box was missing. Plaintiff appears to assert a due process claim based on loss of his property. He also appears to raise a First Amendment claim based on denial of access to the courts. Specifically,

1

1  plaintiff states that, without his legal documents, he is unable to meet court filing deadlines in a
2  number of pending cases.  He states that he cannot "file all appeal document(s) relevant to
3  challenging the unjust conviction and unfair sentence in my criminal case on time."  The court
4  notes that, other than the current action, plaintiff states that he does not have any other lawsuits
5  pending.  The court also notes that there are no allegations specific to any individuals other than
6  Figeroe and Gordon.

7        The complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C.
8  § 1983 and 28 U.S.C. § 1915A(b).[1]  If the allegations are proven, plaintiff has a reasonable
9  opportunity to prevail on the merits of this action.  The court, therefore, finds that service is
10  appropriate and will direct service by the U.S. Marshal without pre-payment of costs.  Plaintiff is
11  informed, however, that this action cannot proceed further until plaintiff complies with this order.
12  Plaintiff is warned that failure to comply with this order may result in dismissal of the action.
13  See Local Rule 11-110.

14        Accordingly, IT IS HEREBY ORDERED that:
15      1.    The court authorizes service on the following defendant(s):
16          GORDON, and
17          FIGEROE;
18      2.    The Clerk of the Court shall send plaintiff one USM-285 form for each
19  defendant identified above, one summons, an instruction sheet, and a copy of the first amended
20  complaint filed January 2, 2008; and
21  / / /
22  / / /
23  / / /

---

25  [1] By separate findings and recommendations, the court has recommended dismissal
26  of all claims and defendants except plaintiff's First Amendment claim against defendants Figeroe and Gordon only based on denial of access to the courts resulting from loss of his legal property.

3. Within 30 days of the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;
    b. One completed summons;
    c. Two completed USM-285 form(s); and
    d. Three copies of the endorsed first amended complaint filed January 2, 2008.

DATED: April 4, 2008

                                        */s/ Craig M. Kellison*
                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

DANIEL LAWRENCE SMITH,  No. CIV S-07-0837-WBS-CMK-P
    Plaintiff,
  vs.
HERNANDEZ, et al.,
    Defendants.
                               /

<u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

Plaintiff hereby submits the following documents in compliance with the court's order:

   <u> 1 </u>      completed summons form;
  <u>     </u>      completed USM-285 form(s); and
  <u>     </u>      copies of the first amended complaint filed on January 2, 2008.

DATED: _____       _____
                                                               Plaintiff