**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

DANIEL LAWRENCE SMITH,    No. CIV S-07-0837-WBS-CMK-P

    Plaintiff,

  vs.    <u>ORDER</u>

HERNANDEZ, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On April 7, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days. Timely objections to the findings and recommendations have been filed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed April 7, 2008, are adopted in full;

    2. Plaintiff's due process claim based on loss of property is dismissed;

    3. Cochrane, Holmes, Hernandez, Robertson, Morrison, Salvage, Sawyer, Saury, and Thompson are dismissed as defendants to this action; and

    4. This case shall proceed on the first amended complaint on plaintiff's First Amendment claim against defendants Figeroe and Gordon only based on denial of access to the courts resulting from loss of his legal property.

DATED: May 2, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE