IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DANIEL LAWRENCE SMITH,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**HERNANDEZ,  et al.,**<br><br>                              Defendants. | Case No. 2:-07-cv-0837 WBS CMK P<br><br>**ORDER** |

The Court finds there is good cause to grant Defendants' request for an extension of time to file their Reply in support of the Motion to Dismiss.  Accordingly, Defendants shall file their Reply by August 29, 2008.

DATED:  August 22, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1