1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   DANIEL LAWRENCE SMITH,              No. CIV S-07-0837-WBS-CMK-P

12                    Plaintiff,

13          vs.                                   <u>ORDER</u>

14   HERNANDEZ, et al.,

15                    Defendants.

16   _____/

17              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   Eastern District of California local rules.

20              On September 16, 2008, the magistrate judge filed findings and recommendations

21   herein which were served on the parties and which contained notice that any objections to the

22   findings and recommendations were to be filed within 20 days.  Timely objections to the

23   findings and recommendations have been filed.

24   / / /

25   / / /

26   / / /

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

2  304, this court has conducted a de novo review of this case.  Having carefully reviewed the

3  entire file, the court finds the findings and recommendations to be supported by the record and

4  by proper analysis insofar as the magistrate judge concludes that (1) the first amended complaint

5  fails to state a claim and (2) defendants have made a sufficient showing of qualified immunity in

6  the absence of any allegation of malice .  However, the court is not convinced that plaintiff

7  would be unable to amend his complaint to state a claim.

8    Accordingly, IT IS HEREBY ORDERED that:

9    1.    Defendants' requests for judicial notice (Docs. 32 and 35) are granted

10   2.    Defendants' motion to dismiss (Doc. 30) is granted

11   3.    Plaintiff is granted thirty (30) days from the date of this order to file an

12        amended complaint consistent with the Findings and Recommendations

13        and this Order.

14  DATED:  October 20, 2008

15

16  _____

    WILLIAM B. SHUBB

17  UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26