1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   DANIEL LAWRENCE SMITH,              No. CIV S-07-0837-WBS-CMK-P

12              Plaintiff,

13        vs.                            <u>ORDER</u>

14   FIGEROE, et al.,

15              Defendants.

16   _____/

17          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.  Pending before the court is plaintiff's document entitled "Declaration and

19   Motion for Support from Courts" (Doc. 47).  In the document, plaintiff states that he is not being

20   allowed to make copies of his responses to defendants' discovery requests.  He attaches his

21   responses to the instant court filing and asks the court "for support on copies and give the

22   Attorney General and Plaintiff copies of Plaintiff's response to the requests for production of

23   documents to Plaintiff set one, Plaintiff Daniel L. Smith response to Defendants first set of

24   interrogatories."

25   / / /

26   / / /

1

1    It appears that plaintiff wants the court to make copies of the responses and

2  provide them to defendants' counsel and send additional copies back to plaintiff.  Given that

3  defendants' counsel has consented to accept service of documents filed with the court via email

4  notice of filings, plaintiff's filing of the instant document with attached discovery responses in

5  effect results in service of the discovery responses on defendants' counsel.  Thus, the plaintiff's

6  request that the court send copies to defendants' counsel will be denied as unnecessary.  To the

7  extent plaintiff asks the court to return copies of his discovery requests to him, plaintiff is

8  advised that the court cannot make copies absent prepayment of the costs to do so.

9    Accordingly, IT IS HEREBY ORDERED that plaintiff's document entitled

10  "Declaration and Motion for Support from Courts" (Doc. 47) is denied.

11

12   DATED:  July 20, 2009

13

14                                         _____
    **CRAIG M. KELLISON**
    UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

2