IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL LAWRENCE SMITH,** | Case No. 2:-07-cv-0837 WBS CMK P |
| Plaintiff, | **ORDER** |
| v. | |
| **HERNANDEZ, et al.,** | |
| Defendants. | |

Upon examination of the moving documents and good cause appearing, the Court grants Defendants' Motion to Modify the Discovery and Scheduling Order, and orders as follows:

1. On proper notice, defendants may schedule plaintiff's deposition to be taken on or before October 16, 2009; As to all other discovery, the court's prior scheduling order remains in effect; and

2. All dispositive motions shall be filed on or before December 15, 2009.

IT IS SO ORDERED.

Dated: August 18, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:-07-cv-0837 WBS CMK P)